**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| AIMEE DROEGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:21-cv-00515-NCC |
| ) | |
| CLERK OF THE U.S. DISTRICT COURT, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on a motion filed by plaintiff Aimee Droege to dismiss her case. (Docket No. 6). In the motion, plaintiff seeks a voluntary dismissal of this action. The Court construes this motion as a notice of dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and will allow plaintiff to dismiss her case without prejudice. *See* Fed. R. Civ. P. 41(a)(i) (stating that the plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment"). All pending motions will be denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to voluntarily dismiss her case (Docket No. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for leave to proceed in forma pauperis (Docket No. 2), motion for summary judgment (Docket No. 3), and motion for electronic notice (Docket No. 4) are **DENIED as moot**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice. A separate order of dismissal will be entered herewith.

*Ronnie L. White* (signature)
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 7th day of May, 2021.